# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

Date: September 29, 2008

Case No.   C 08-3191  MHP                    Judge: MARILYN H. PATEL

Title: SCOTT PRALINSKY -v- MUTUAL OF OMAHA INSURANCE

Attorneys:  Plf: Laurence Padway
            Dft: Ophir Johna

Deputy Clerk:  Anthony Bowser  Court Reporter: Jim Yeomans

## PROCEEDINGS

1)   Defendant's Motion to Transfer Venue _____

2) _____

3) _____


## ORDERED AFTER HEARING:


Counsel submit after further discussion; Motion deemed submitted; Court to issue order