IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
SCOTT PRALINSKY,              )
                              )
          Plaintiff,          )         8:09CV8
                              )
     v.                       )
                              )
MUTUAL OF OMAHA INSURANCE     )         ORDER
COMPANY,                      )
                              )
          Defendant.          )
_____)
```

This matter is before the Court on the motion to withdraw (Filing No. 28) filed by Jason C. Love, Martin E. Rosen and Ophir Johna of Barger & Wolen, LLP. The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; Jason C. Love, Martin E. Rosen and Ophir Johna of Barger & Wolen, LLP, are deemed withdrawn as counsel for defendant.

DATED this 23rd day of January, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court