IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SCOTT PRALINSKY, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV8 |
| | ) | |
| v. | ) | |
| | ) | |
| MUTUAL OF OMAHA INSURANCE COMPANY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion for extension of time to submit planning report (Filing No. 32). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; the parties shall have until April 24, 2009, to file their planning report.

DATED this 17th day of April, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court