IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
SCOTT PRALINSKY,                )
                                )
              Plaintiff,        )          8:09CV8
                                )
         v.                     )
                                )
MUTUAL OF OMAHA INSURANCE       )          ORDER
COMPANY,                        )
                                )
              Defendant.        )
_____)
```

This matter is before the Court on defendant's motion for extension of expert witness and discovery deadlines (Filing No. 61).  The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant's deadline to disclose expert witnesses is extended to January 8, 2010, and the discovery deadline is extended to February 26, 2010.

DATED this 19th day of November, 2009.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court