IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SCOTT PRALINSKY, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV8 |
| | ) | |
| v. | ) | |
| | ) | |
| MUTUAL OF OMAHA INSURANCE COMPANY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion to extend deadlines for filing a response to defendant's motion for summary judgment (Filing No. 96). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; plaintiff shall have until February 26, 2010, to file an opposition to defendant's motion for summary judgment.

DATED this 18th day of February, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court