IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
SCOTT PRALINSKY,              )
                              )
          Plaintiff,          )        8:09CV8
                              )
     v.                       )
                              )
MUTUAL OF OMAHA INSURANCE     )        ORDER
COMPANY,                      )
                              )
          Defendant.          )
_____)
```

This matter is before the Court on defendant Mutual of Omaha's ("Mutual") motion to extend term of protective order (Filing No. 80). Previously, the Court entered a protective order in this case (Filing No. 43), which by its terms expired on January 15, 2010. The Court finds Mutual has shown good cause to extend the protective order through the completion of this litigation. *See Murata Mfg. Co., Ltd. v. Bel Fuse, Inc.*, 234 F.R.D. 175, 179 (N.D. Ill. 2006) (identifying good cause as the most significant factor for evaluating whether to modify a protective order). Accordingly,

IT IS ORDERED that Mutual's motion to extend term of protective order (Filing No. 80) is granted. Paragraph 16 of the protective order (Filing No. 43) is stricken and replaced as follows: "EXPIRATION. This Protective Order will expire upon the completion of this litigation, unless extended by joint

stipulation of the parties or unless extended by court order on motion of a party."

DATED this 18th day of February, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court