IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
SCOTT PRALINSKY,              )
                              )
         Plaintiff,           )        8:09CV8
                              )
    v.                        )
                              )
MUTUAL OF OMAHA INSURANCE     )        ORDER
COMPANY,                      )
                              )
         Defendant.           )
_____)
```

This matter is before the Court on the stipulation to extend deadlines for motion for summary judgment (Filing No. 100). The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED that the stipulation is approved and adopted; plaintiff shall have until March 1, 2010, to file its opposition do defendant's motion for summary judgment.

DATED this 25th day of February, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court