IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
SCOTT PRALINSKY,              )
                              )
            Plaintiff,        )         8:09CV8
                              )
     v.                       )
                              )
MUTUAL OF OMAHA INSURANCE     )         ORDER
COMPANY,                      )
                              )
            Defendant.        )
_____)
```

This matter is before the Court on the motion for extension of time to submit reply brief (Filing No. 106). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; defendant shall have until March 15, 2010, to file its reply brief in support of its motion for partial summary judgment.

DATED this 3rd day of March, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court