IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
SCOTT PRALINSKY,              )
                              )
            Plaintiff,        )         8:09CV8
                              )
      v.                      )
                              )
MUTUAL OF OMAHA INSURANCE     )         ORDER
COMPANY,                      )
                              )
            Defendant.        )
_____)
```

This matter is before the Court on defendant's motion for leave to file pleadings with restricted access (Filing No. 141). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; Filing Nos. 135 and 136 shall be restricted to parties of record and court users.

DATED this 31st day of March, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court