```
          IN THE UNITED STATES DISTRICT COURT FOR THE

                       DISTRICT OF NEBRASKA

SCOTT PRALINSKY,              )
                              )
          Plaintiff,          )           8:09CV8
                              )
     v.                       )
                              )
MUTUAL OF OMAHA INSURANCE     )           ORDER
COMPANY,                      )
                              )
          Defendant.          )
_____)
```

This matter is before the Court on the stipulation regarding protective order (Filing No. 145) and the joint motion for dismissal with prejudice (Filing No. 146). The Court will approve and adopt the stipulation regarding the protective order and grant the joint motion for dismissal with prejudice. Accordingly,

IT IS ORDERED:

1) The stipulation of the parties regarding the protective order is approved and adopted.

2) The joint motion is granted; this action is dismissed with prejudice.

DATED this 12th day of April, 2010.

                                        BY THE COURT:

                                        /s/ Lyle E. Strom
                                        _____
                                        LYLE E. STROM, Senior Judge
                                        United States District Court